# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:01CR108 (JCH) |
| OTTO ELSER | : | May 30, 2006 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        CHRISTINE SCIARRINO
        ATTORNEY BAR NO: CT03393
        ATTORNEY FOR THE DEPARTMENT OF JUSTICE
        UNITED STATES ATTORNEY'S OFFICE
        P. O. BOX 1824
        NEW HAVEN, CT  06508
        TELEPHONE: (203) 821-3700
        FAX: (203) 773-5392
        E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

      This is to certify that a copy of the foregoing was mailed postage prepaid on this 30th day of May, 2006 to:

Otto Elser
New Fairfield, Connecticut

                                                                                                                           _____
                                                        Christine Sciarrino