```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

United States of America,      :
                               :
         v.                    :
                               :
Otto Elser,                    :    DOCKET NO: 3:01CR108 (JCH)
                               :
         and                   :
                               :
Fairfield Financial            :
Mortgage Group, Inc.           :
Attn: Accounting Department    :
2 National Place               :
Danbury, CT 06810              :
              Garnishee.       :
```

**APPLICATION FOR**
**WRIT OF GARNISHMENT ON EARNINGS**

The United States of America, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the monetary Judgment entered against the Defendant in this action, which totaled $451,900.00.

Demand was made upon the Defendant not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a Court Order for payment of restitution. The Defendant has failed to make any payment pursuant to said demand. The total balance due as of May 30, 2006 is $508,588.97.

The Defendant, Otto Elser's, last known address is xxxxxxxxxx, New Fairfield, Connecticut 06812 and the defendant's social security number is xxx-xx-2992.

The Garnishee is believed to be an employer of the Defendant, or the Garnishee otherwise owes or will owe disposable earnings to the Defendant and said property is a substantial non

exempt interest of the defendant.

The name and address of the Garnishee or its authorized agent is:

    name: **Fairfield Financial Mortgage Group, Inc.**
 address: **Attn: Accounting Department**
          **2 National Place**
          **Danbury, CT 06810**
   phone: **(800) 370-6669**

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

Certification

    This is to certify that a copy of the foregoing was mailed postage prepaid on this 30th day of May, 2006 to:

Otto Elser
New Fairfield, Connecticut

                                                                _____
                                                                 Christine Sciarrino

Case 3:01-cr-00108-JCH    Document 30    Filed 06/01/2006    Page 3 of 3