UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,          :
                                   :
        v.                         :
                                   :
Otto Elser,                        :   DOCKET NO: 3:01CR108 (JCH)
                                   :
        and                        :
                                   :
Fairfield Financial                :
Mortgage Group, Inc.               :
Attn: Accounting Department        :
2 National Place                   :
Danbury, CT 06810                  :
                Garnishee.         :

**APPLICATION FOR**
**WRIT OF GARNISHMENT ON EARNINGS**

The United States of America, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the monetary Judgment entered against the Defendant in this action, which totaled $451,900.00.

Demand was made upon the Defendant not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a Court Order for payment of restitution. The Defendant has failed to make any payment pursuant to said demand. The total balance due as of May 30, 2006 is $508,588.97.

The Defendant, Otto Elser's, last known address is xxxxxxxxxx, New Fairfield, Connecticut 06812 and the defendant's social security number is xxx-xx-2992.

The Garnishee is believed to be an employer of the Defendant, or the Garnishee otherwise owes or will owe disposable earnings to the Defendant and said property is a substantial non

exempt interest of the defendant.

The name and address of the Garnishee or its authorized agent is:

      name:   **Fairfield Financial Mortgage Group, Inc.**
  address:   **Attn: Accounting Department**
                **2 National Place**
                **Danbury, CT 06810**
     phone:   **(800) 370-6669**

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

          CHRISTINE SCIARRINO
          ATTORNEY BAR NO: CT03393
          ATTORNEY FOR THE DEPARTMENT OF JUSTICE
          UNITED STATES ATTORNEY'S OFFICE
          157 CHURCH STREET, 23RD FLOOR
          NEW HAVEN, CT  06508
          TELEPHONE: (203) 821-3700
          FAX: (203) 773-5392
          E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

Certification

This is to certify that a copy of the foregoing was mailed postage prepaid on this 30th day of May, 2006 to:

Otto Elser
New Fairfield, Connecticut


_____
Christine Sciarrino