UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,         :
                                  :
         v.                       :
                                  :
Otto Elser,                       :    DOCKET NO: 3:01CR108 (JCH)
                                  :
         and                      :
                                  :
Fairfield Financial               :
Mortgage Group, Inc.              :
Attn: Accounting Department       :
2 National Place                  :
Danbury, CT 06810                 :
         Garnishee.               :

## ANSWER OF THE GARNISHEE

I, __Wendy Bernard__, BEING DULY SWORN DEPOSES AND SAYS:
   (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____
        state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the __Compliance Officer__ of Garnishee, a
                    (state official title)
corporation, organized under the laws of the State of __Connecticut__

On October 23, 2006, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

| Yes | No | | |
|---|---|---|---|
| X | ___ | 1. | Defendant was in my/our employ. |
| | | 2. | Pay period is ___ weekly, _X_ bi-weekly, ___ semi-monthly, ___ monthly. |

October 23 — Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

November 3 — Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                              $____0____
   (b) Federal income tax                     $____0____
   (c) F.I.C.A income tax                     $____0____
   (d) State income tax                       $____0____
   Total of tax withholdings                  $____0____
   Net Wages                                  $____0____*
   (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim: __None__

2

** Check 1 and/or 2 if applicable**

__X__  1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Otto Elser,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

__N/A__  2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because ____N/A_____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on __October 25, 2006__ at
                                        (date)
__41 Candlehill Road, New Fairfield, CT 06812__
(state street address, city, state and zip code)

or hand delivered to __N/A_____
                    (state actual address of where it was hand delivered)

on __N/A__
    (date)

_____(Affiant's signature)_____

Subscribed and sworn to before me this 25th day of October, 2006.

_____Guilbeault_____
Notary Public

My Commission expires: _____

D. J. GUILBEAULT
Notary Public-Connecticut
My Commission Expires
July 31, 2011

3